UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Datanet LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>Dropbox Inc.,<br><br>          Defendant. | Case No. 6:22-CV-01142-OLG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Datanet LLC ("Datanet") and defendant Dropbox Inc. ("Defendant") jointly request the Court grant Defendant a 45-day extension of time to file its answer or otherwise respond to Datanet's complaint. No previous extensions have been requested.

DATED:  December 5, 2022

        */s/ Alden G. Harris*
Alden G. Harris
State Bar No. 24083138
aharris@hpcllp.com
**HEIM PAYNE & CHORUSH, LLP**
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Gregory P. Sitrick (admitted *pro hac vice*)
Isaac S. Crum (admitted *pro hac vice*)
**Messner Reeves LLP**
7250 N. 16th St., Suite 410
Phoenix, Arizona 85020
Telephone: (602) 457-5059
Facsimile: (303) 623-0552
gsitrick@messner.com
icrum@messner.com

**ATTORNEYS FOR PLAINTIFF
DATANET LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record have been served with a copy of the foregoing document via email on December 5, 2022.

        */s/ Alden G. Harris*
        Alden G. Harris