UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Datanet LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>Dropbox Inc.,<br><br>       Defendant. | Case No. 6:22-CV-01142-OLG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO ENTER AN AGREED SCHEDULING
AND CASE MANAGEMENT ORDER**

Plaintiff Datanet LLC and Defendant Dropbox, Inc. (collectively, the "Parties") hereby jointly request the Court to enter the proposed agreed scheduling and case management order attached as Exhibit A.

Dated: April 10, 2023                                                Respectfully submitted,


/s/ *Alden G. Harris*                                                /s/  *Elizabeth M. Chiaviello*
  Alden G. Harris                                                    Elizabeth M. Chiaviello
  State Bar No. 24083138                                             Texas Bar No. 24088913
  aharris@hpcllp.com                                                 *elizabeth.chiaviello@morganlewis.com*
  HEIM PAYNE & CHORUSH, LLP                                          **MORGAN, LEWIS & BOCKIUS, LLP**
  1111 Bagby St., Suite 2100                                         1717 Main Street, Suite 3200
  Houston, Texas 77002                                               Dallas, Texas 75201
  Telephone: (713) 221-2000                                          (214) 466-4000 Telephone
  Facsimile: (713) 221-2021                                          (713) 466-4001 Facsimile

  Gregory P. Sitrick (admitted pro hac vice)                         Robert C. Bertin*
  Isaac S. Crum (admitted pro hac vice)                              D.C. Bar No. 469582
  Messner Reeves LLP                                                 *robert.bertin@morganlewis.com*
  7250 N. 16th St., Suite 410                                        **MORGAN, LEWIS & BOCKIUS LLP**
  Phoenix, Arizona 85020                                             1111 Pennsylvania Avenue, NW
  Telephone: (602) 457-5059                                          Washington, D.C. 20004
  Facsimile: (303) 623-0552                                          Telephone: (202) 739-3000
  gsitrick@messner.com                                               Facsimile: (202) 739-3001
  icrum@messner.com
                                                                     Michael J. Lyons*
**ATTORNEYS FOR PLAINTIFF**                                          California Bar No. 202284
**DATANET LLC**                                                      *michael.lyons@morganlewis.com*
                                                                     **Morgan, Lewis & Bockius LLP**
                                                                     1400 Page Mill Road
                                                                     Palo Alto, CA 94304
                                                                     T: 650.843.4000
                                                                     F: 650.843.4001

                                                                     Karon F. Fowler*
                                                                     *karon.fowler@morganlewis.com*
                                                                     **MORGAN, LEWIS & BOCKIUS LLP**
                                                                     110 North Wacker Drive, Suite 2800
                                                                     Chicago, Illinois 60606
                                                                     T: 312.324.1000
                                                                     F: 312.324.1001

                                                                     *Admitted pro hac vice*

                                                                     ***Attorneys for Defendant Dropbox, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record have been served with a copy of the foregoing document on April 10, 2023.

*/s/ Alden G. Harris*
Alden G. Harris
