UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **DATANET LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 6:22-CV-01142-OLG-DTG |
| | § | JURY TRIAL DEMANDED |
| **DROPBOX INC.,** | § | |
| Defendant. | § | |

## SHOW CAUSE ORDER

The Court filed a Sealed Order Denying Defendant's Motion to Transfer Venue on October 17, 2023. ECF No. 80. The Court directed the parties to submit a redacted version of the order for publication under the Court's June 2, 2022, Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions. The Court received the parties' jointly proposed redactions via email on October 25, 2023.

In deciding whether to allow public access to court records, a court "must balance the public's common law right of access against the interests favoring nondisclosure." *Vantage Health Plan, Inc. v. Willis-Knighton Med. Ctr.*, 913 F.3d 443, 450 (5th Cir. 2019) (citing *Sec. & Exch. Comm'n. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993)). The Court has reviewed the parties' proposed redactions to the Sealed Order Denying Transfer, and the public and sealed briefing and attachments on transfer: Dropbox's motion to transfer, ECF No. 29 (filed publicly); Datanet's opposition, ECF No. 64 (redacted copy filed as ECF No. 66); and Dropbox's reply in support of its motion, ECF No. 71 (redacted copy filed as ECF No. 74). The parties' proposed redactions to the Court's order appear to include redactions of information and argument that was not filed under seal by the parties in their briefing.

The parties are hereby **ORDERED** to appear before the Court at **SHOW CAUSE HEARING HELD IN PERSON** at 2:30 PM on Thursday, November 2, 2023, to explain why their proposed redactions should be applied. This hearing will be held with the *Markman* hearing in this case.

**IT IS SO ORDERED.**

**SIGNED** this 31st day of October, 2023

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE